RECEIPT #
AMOUNT $
SUMMONS ISSUED
LOCAL RULE
WAIVER
MCF ISSUED
BY
DATE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

|  |  |
|---|---|
| EILEEN DICK,<br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC. and<br>WORLDWIDE FLIGHT SERVICES, INC.<br>Defendants. | )<br>)<br>)<br>)<br>)  DOCKET NO:<br>)<br>)<br>)  **05-10455 GAO**<br>) |

MAGISTRATE JUDGE

### NOTICE OF REMOVAL

The defendant, American Airlines, Inc., hereby petitions this Court that the above-entitled action, now pending against it in the Suffolk Superior Court, Civil Action No. 05-0466 be removed therefrom to this Court under 28 U.S.C. § 1332. In support of this notice, the defendant states as follows:

1. The defendant, American Airlines, Inc., received a copy of a summons, complaint, and statement of damages in this action. Upon information and belief there has not been proper service and American has filed this Notice of Removal within thirty days of receipt.

2. The defendant, American Airlines, Inc., at the commencement of this suit was and has since continued to be a Delaware corporation having its principal place of business in Fort Worth, Texas.

3. According to the allegations of the complaint, the plaintiff is an individual residing in Dorchester, Suffolk County, Massachusetts.

959454v1

4. This is a civil action in which the plaintiff claims damages for personal injuries, incurred medical expenses and experienced suffering to her mind and body.

5. This action is governed by the Convention for the Unification of Certain Rules Relating to International Transportation by Air (the Warsaw Convention), because the plaintiff is alleging that the defendant air carrier caused them to suffer personal injury relating to an international flight. 49 Stat. 3000, 876 U.N.T.S. 11 (1934), reprinted in 49 U.S.C. app. § 40105.

6. Accordingly, the jurisdiction of this action is governed by 28 U.S.C. § 1331, which holds that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7. Further, the parties to this action are diverse and therefore there exists diversity jurisdiction under 18 U.S.C. § 1332(a)(2).

8. Within thirty (30) days of filing of this Notice of Removal, the defendant shall file certified or attested copies of all records and proceedings in the

2

959454v1

Suffolk Superior Court, and a certified or attested copy of all docket entries in the Suffolk Superior Court pursuant to L.R. 81.8 of this Court.

Respectfully Submitted,
The Defendant,
AMERICAN AIRLINES, INC.
By their attorneys,

MORRISON MAHONEY LLP

_____
Tory A. Weigand, BBO #548553
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500 (main no.)
(617) 737-8827 (direct dial)

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 3/10/05

_____
Tory A. Weigand

3

959454v1

FILED
[CLERK'S?] OFFICE

05 MAR 10 P 2:39

[DISTRICT COURT]
DISTRICT OF MASS.

**COMMONWEALTH OF MASSACHUSETTS**

SUFFOLK, SS.
SUPERIOR COURT DEPT.
CIVIL ACTION NO.:

05-0466

05-10455 GAO

|  |
|---|
| EILEEN DICK<br>Plaintiff<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br>Defendant.<br><br>WORLDWIDE FLIGHT SERVICES, INC.<br>Defendant. |

RECEIVED
FEB 07 2005
SUPERIOR COURT - CIVIL
MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE

## PARTIES

1. Plaintiff, Eileen Dick, is a natural person residing at 106 Greenbriar Street, Dorchester, Suffolk County, Massachusetts.

2. Defendant, American Airlines, Inc. is a foreign corporation with its principal place of business at P.O. Box 619616 MD 5675, 4333 Amon Carter Blvd, Fort Worth, Texas.

3. Defendant, Worldwide Flight Services, Inc is a foreign corporation with its principle place of business at 1925 W. John Carpenter Fwy., Ste. 450 Irving, Texas.

## FACTS

4. At all relevant times herein, Defendant, American Airlines was a

SPILLANE LAW OFFICES
• • • • •
1212 HANCOCK ST
QUINCY, MA 02169-4300
TEL: (617) 328-9100
FAX: (617) 328-8373

1130 WASHINGTON ST
HANOVER, MA 02339
TEL: (781) 829-9993
FAX: (781) 829-9924
www.spillanelawoffices.com

tenant of Miami Dade Airport.

5. At all relevant times, herein, Defendant Worldwide Flight Services, Inc. operated in Miami Dade Airport, including American Airlines terminals.

6. Eileen Dick was a lawful invitee on the premises of Defendant American Airlines.

7. Iris Baggy, the Plaintiff's mother, was a lawful invitee on American Airlines premises and placed in the care of an employee of co-Defendant, Worldwide Flight Services, Inc.

8. While on Defendant's, American Airlines' premises, and under the care of co-Defendant, Worldwide Flight Services, Inc., the Plaintiff was injured when her mom fell on her while riding down an escalator, sustaining substantial personal injuries.

## COUNT 1: NEGLIGENCE
## AMERICAN AIRLINES

9. The Plaintiff repeats, realleges, and incorporates fully paragraph 1 through 8 as if each were set forth in their entirety.

10. The Defendant, American Airlines owed a duty to the Plaintiff to make reasonable efforts to ensure that the companies they allow to operate on their premises do so with reasonable care.

11. The Defendant, American Airlines, was negligent when they breached their duty to ensure that Worldwide Flights, Inc. operated on their premises with due care.

12. As a direct and proximate cause of the Defendant's breach of its duty

SPILLANE LAW OFFICES
• • • • •
1212 HANCOCK ST
QUINCY, MA 02169-4300
TEL: (617) 328-9100
FAX: (617) 328-8373

1130 WASHINGTON ST
HANOVER, MA 02339
TEL: (781) 829-9993
FAX: (781) 829-9924
www.spillanelawoffices.com

to exercise due care, the Plaintiff sustained personal injuries, incurred medical expenses, and experienced suffering to her mind and body

WHEREFORE, the Plaintiff demands judgment against the Defendant, American Airlines Inc., for monetary damages, interest, costs, and such additional relief as the court deems just and reasonable.

### COUNT 2: NEGLIGENCE
### WORLDWIDE FLIGHT SERVICES, INC.

13. The Plaintiff repeats, realleges, and incorporates fully paragraph 1 through 8 as if each were set forth in their entirety.

14. The Defendant, Worldwide Flight Services, Inc. owed the Plaintiff a duty to exercise reasonable care while operating in its capacity of transporting the Plaintiff's mother through the airport.

15. The Defendant, Worldwide Flight Services, Inc. was negligent in that they breached their duty to exercise reasonable care when their employee had the Plaintiff's mother, Iris Baggey attempt to stand on a moving escalator.

16. As a direct and proximate cause of the Defendant's negligence, Iris fell on the Plaintiff who sustained personal injuries to her mind and body and incurred substantial medical expenses.

WHEREFORE, the Plaintiff demands judgment against the Defendant, Worldwide Flight Services. Inc. for monetary damages, interest, costs and such additional relief, as the Court deems just and reasonable.

### DEMAND FOR JURY TRIAL

The Plaintiff demands a Trial by Jury on all issues so triable

SPILLANE LAW OFFICES
• • • • •
1212 HANCOCK ST
QUINCY, MA 02169-4300
TEL: (617) 328-9100
FAX: (617) 328-8373

1130 WASHINGTON ST
HANOVER, MA 02339
TEL: (781) 829-9993
FAX: (781) 829-9924
www.spillanelawoffices.com

By Plaintiff's Attorney

*[signature: Kathleen Kane]*
Kathleen Kane, BBO No. 660175
Spillane Law Offices
1212 Hancock Street-Suite 200
Quincy, MA 02169-4300
(617) 328-9100

DATED: February 1, 2005

SPILLANE LAW OFFICES
♦ ♦ ♦ ♦ ♦
1212 HANCOCK ST
QUINCY, MA 02169-4300
TEL: (617) 328-9100
FAX: (617) 328-8373

1130 WASHINGTON ST
HANOVER, MA 02339
TEL: (781) 829-9993
FAX: (781) 829-9924

www.spillanelawoffices.com

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-0466

Eileen Dick
_____, Plaintiff(s)

v.

American Airlines, Inc. and Worldwide Flight Services
_____, Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Kathleen Kane, Esquire, Spillane Law Offices plaintiff's attorney, whose address is 1212 Hancock Street, Quincy, MA, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** ▬▬▬▬▬▬▬▬, Esquire, at Boston, the _____ day of _____, in the year of our Lord two thousand _____.

*Michael Joseph Donovan*
Clerk/Magistrate

A true copy Attest:
9/3/06
Deputy Sheriff Suffolk County

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

CT System

Service of Process Transmittal Form
Boston, Massachusetts

02/23/2005

Via Federal Express (2nd Day)

TO: Maria Swanzy
American Airlines, Inc.
4333 Amon Carter Blvd.
Fort Worth, TX 76155

RECEIVED
FEB 2 5 2005
Corporate Insurance

RE: **PROCESS SERVED IN MASSACHUSETTS**

FOR    American Airlines, Inc. Domestic State: De

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

1. TITLE OF ACTION: Eileen Dick, Pltf. vs American Airlines Inc., et al., Deft.

2. DOCUMENT(S) SERVED: Summons, Complaint

3. COURT: Commonwealth of Massachusetts, Suffolk Superior Court
Case Number 05-0466

4. NATURE OF ACTION: Negligence resulting in personal injury.

5. ON WHOM PROCESS WAS SERVED: CT Corporation System, Boston, Massachusetts

6. DATE AND HOUR OF SERVICE: By Process server on 02/23/2005 at 10:55

7. APPEARANCE OR ANSWER DUE: Within 20 Days

8. ATTORNEY(S): Kathleen Kane
Spillane Law Office
1212 Hancock Street
Ste. 200
Quincy, MA 02169

9. REMARKS: i-Note sent 02/23/2005 to MARIA.SWANZY@AA.COM

*Handwritten notes:*
MORRISON MAHONEYS
MILEN
250 SUMMER ST
BOSTON, MA
02210-1181

TONY WEIGAND
P- 617-439-7514
Fax 617 4397590

CC: Charles D MarLett Corporate Secretary
American Airlines, Inc.
MD 5675
4333 Amon Carter Blvd.
Ft. Worth, TX 76155

SIGNED    CT Corporation System
PER
ADDRESS    Dahrlena K. Mitchell /YC
101 Federal Street
Boston, MA 02110
SOP WS 0007019725

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.

# COVER SHEET

Superior Court Department
County: Suffolk

**PLAINTIFF(S)**
Eileen Dick

**DEFENDANT(S)**
American Airlines, Inc. and Worldwide Flight Services, Inc.

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE**
Kathleen Kane, Spillane Law Offices
1212 Hancock Street, Suite 200, Quincy, MA
Board of Bar Overseers number: 660175

RECEIVED
FEB 07 2005
MICHAEL JOSEPH DONOVAN
CLERK - MAGISTRATE

**ATTORNEY (If known)**

Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B04 | Other Negligence | (F) | (X) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

## TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses .................................................. $ 220.00
2. Total Doctor expenses ..................................................... $ 598.00
3. Total chiropractic expenses ............................................. $ 0
4. Total physical therapy expenses ...................................... $ 3,400.00
5. Total other expenses (describe) ....................................... $ 0
   Subtotal $ 4,218.00
B. Documented lost wages and compensation to date ................ $ 0
C. Documented property damages to date ................................ $ 0
D. Reasonably anticipated future medical and hospital expenses .. $ 15,000.00
E. Reasonably anticipated lost wages .................................... $ 0
F. Other documented items of damages (describe) ................... $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
Plaintiff suffered a right knee ACL tear, medial menisous tear, and patella chondromaloia.
$ 50,000.00

$ ...........
TOTAL $ 69,218.00

## CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $ ...........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _Kathleen Kane_    DATE 2/1/05

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

○JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

**05  10455 GAO**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Eileen Dick

**DEFENDANTS**
American Airlines, Inc.**
Worldwide Flight Services

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) 617-328-9100
Kathleen Kane, Esq., Spillane Law Offices
1212 Hancock St., Suite 200, Quincy MA

Attorneys (If Known) (617) 439-7500
** Tory A. Weigand, Esq., Morrison Mahoney LLP
250 Summer Street, Boston, MA  02210

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
■ 3 Federal Question (U.S. Government Not a Party)
■ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ■ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ■ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
■ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
■ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
49 U.S.C. App. § 40105
Brief description of cause:
personal injury while traveling on an international flight

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD
Tory A. Weigand, BBO #548553

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**05-10455 GAO**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Eileen Dick v. American Airlines, Inc.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases
   - [x] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   __not applicable__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [x]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [ ]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [x]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [x]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [x]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Tory A. Weigand, BBO #548553__
ADDRESS __Morrison Mahoney, LLP, 250 Summer Street, Boston, MA  02210-1181__
TELEPHONE NO. __(617) 439-7500__

(CategoryForm.wpd - 2/15/05)